Submitted on record and briefs October 17, affirmed November 13, 2002

In the Matter of the Compensation of
Margo K. Huntsman, Claimant.

SAIF CORPORATION
and Presbyterian Intercommunity Hospital,
*Petitioners,*

*v.*

Margo K. HUNTSMAN,
*Respondent.*

00-06441; A116093

57 P3d 951

---

Julene Marian Quinn filed the brief for petitioners.

Christopher D. Moore and Malagon, Moore & Jensen filed the brief for respondent.

Before Haselton, Presiding Judge, and Linder and Wollheim, Judges.

PER CURIAM

Affirmed. *SAIF v. Azorr*, 182 Or App 90, 47 P3d 542 (2002).